```
 1  Leo F. Donahue, Esq. - SB#114484
    LEO F. DONAHUE, INC.
 2  11344 Coloma Road, Suite 160
    Gold River, California 95670
 3  Tel: (916) 859-5999
    Fax: (916) 859-5984
 4  Email: donahue@lfdlaw.net

 5  Martin E. Jennings, Esq. - SB#040876
    217 Jefferson Street
 6  Roseville, California 95678
    Tel: (916) 791-2374
 7  Fax: (916) 791-3195
    Email: jvj@surewest.net
 8
    Attorneys for Plaintiff,
 9  PATRICIA M. ZIMMERMAN-KREBS

10
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATRICIA M. ZIMMERMAN-KREBS, | ) | CASE NO. 06-CV-01352 LKK DAD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT YOLO COUNTY** |
| v. | ) | |
| YOLO COUNTY, a public entity; YOLO COUNTY HOUSING AUTHORITY AND ITS BOARD OF COMMISSIONERS, a public entity; DAVID SERENA, in his official capacity and as an individual; HANAN BOWMAN, in his official capacity and as an individual, | ) | |
| Defendants. | ) | |

   IT IS STIPULATED between Plaintiff and Defendant Yolo County and the Court may order that:

   1.   Defendant Yolo County, may be dismissed without prejudice, each party to bear their own attorneys fees and costs.

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT YOLO COUNTY**       1                                    pz003.PLD

```
 1  Dated: September 29, 2006      LEO F. DONAHUE, INC.
 2
                                   /s/ Leo F. Donahue
 3                                 LEO F. DONAHUE, Esq.
                                   Attorney for Plaintiff,
 4                                 PATRICIA M. ZIMMERMAN-KREBS

 5  Dated: September 29, 2006      ANGELO, KILDAY & KILDUFF
 6
 7                                 s/ J. Scott Smith
                                   J. SCOTT SMITH, Esq.
 8                                 Attorney for Defendant,
                                   YOLO COUNTY
 9
10      IT IS SO ORDERED.
11  Dated: October 2, 2006.
12
13
14                                 _____
                                   LAWRENCE K. KARLTON
15                                 SENIOR JUDGE
16                                 UNITED STATES DISTRICT COURT
```

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT YOLO COUNTY**                2                                                 pz003.PLD