| | |
|---|---|
| 1 | LEO F. DONAHUE, INC. |
|   | LEO F. DONAHUE (SBN 114484) |
| 2 | 11344 Coloma Road, Suite 160 |
|   | Gold River, California 95670 |
| 3 | Telephone: (916) 859-5999 |
|   | Facsimile: (916) 859-5984 |
| 4 | |
|   | Attorney for Plaintiff |
| 5 | PATRICIA ZIMMERMAN-KREBS |

LEO F. DONAHUE, INC.
LEO F. DONAHUE (SBN 114484)
11344 Coloma Road, Suite 160
Gold River, California 95670
Telephone: (916) 859-5999
Facsimile: (916) 859-5984

Attorney for Plaintiff
PATRICIA ZIMMERMAN-KREBS

JACKSON LEWIS LLP
MICHAEL J. CHRISTIAN (SBN 173727)
BRENDAN J. BEGLEY (SBN 202563)
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
YOLO COUNTY HOUSING AUTHORITY
and HANAN BOWMAN

LOZANO SMITH
GREGORY A. WEDNER (SBN 67965)
1107 9th Street, Suite 910
Sacramento, California 95814
Telephone: (916)329-7433
Facsimile: (916)329-9050

Attorney for Defendant
DAVID SERENA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA M. ZIMMERMAN-KREBS<br><br>Plaintiff,<br><br>v.<br><br>YOLO COUNTY, a public entity; YOLO COUNTY HOUSING AUTHORITY AND ITS BOARD OF COMMISSIONERS, a public entity; DAVID SERENA, in his official capacity and as an individual, HANAN BOWMAN, in his official capacity and as an individual,<br><br>Defendants. | Case No. CIV.S-06-01352 LKK DAD<br><br>**REQUEST FOR DISMISSAL; ORDER**<br><br><br>Trial Date: August 12, 2008<br>Complaint Filed: June 16, 2006 |

Request for Dismissal; [Proposed] Order       1       Case No. CIV.S-06-01352 LKK DAD

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE HONORABLE COURT AND ALL PARTIES:**

Pursuant to a Settlement Agreement and General Release between Plaintiff PATRICIA M. ZIMMERMAN-KREBS and Defendants YOLO COUNTY HOUSING AUTHORITY, HANAN BOWMAN, and DAVID SERENA, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: May 1, 2007                    LEO F. DONAHUE, INC.

By: /s/
      Leo F. Donahue

Attorney for Plaintiff
PATRICIA ZIMMERMAN-KREBS

Dated: May 1, 2007                    JACKSON LEWIS LLP

By: /s/
      Michael J. Christian
      Brendan J. Begley

Attorneys for Defendants
YOLO COUNTY HOUSING
AUTHORITY and HANAN BOWMAN

Dated: May __, 2007                   LOZANO SMITH

By: /s/
      Gregory A. Wedner

Attorneys for Defendant
DAVID SERENA

////
////
////
////
////
////
////

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

IT IS HEREBY ORDERED that the Complaint and any all claims for relief of Plaintiff PATRICIA M. ZIMMERMAN-KREBS in Case No. CIV.S-06-01352 LKK DAD filed in the U.S. District Court for the Eastern District of California are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _May 4, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com